No. 305. OTTO MUELLER ET AL. *v.* NORTHERN PACIFIC RAILWAY COMPANY. Error to the Supreme Court of the State of Washington. Motion to dismiss submitted January 31, 1921. Decided February 28, 1921. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726. *Mr. Dallas V. Halverstadt* and *Mr. L. C. Stevenson* for plaintiffs in error. *Mr. Charles W. Bunn* for defendant in error.

---

No. 618. CITY OF HILLSBORO, OREGON *v.* PUBLIC SERVICE COMMISSION OF OREGON, ETC., ET AL. Error to the Supreme Court of the State of Oregon. Motion to dismiss or affirm submitted January 24, 1921. Decided February 28, 1921. *Per Curiam.* Dismissed for want of jurisdiction on authority of: (1) Section 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726. (2) *Union Dry Goods Co.* v. *Georgia Public Service Corporation*, 248 U. S. 372. (3) *Hunter* v. *Pittsburgh*, 207 U. S. 161, 178; *Pawhuska* v. *Pawhuska Oil Co.*, 250 U. S. 394, 397. *Mr. Martin L. Pipes* for plaintiff in error. *Mr. Charles A. Hart* for defendants in error.